UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                     CASE NO. 12 B 01158
                                           CHAPTER 13
TOMMIE COOPER JR
                                           JUDGE JANET S BAER

        DEBTOR                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  <u>FEDERAL NATIONAL MTG ASSOC</u>

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 11 | 2820 4860 HIRSCH ST | $20,439.07 | $20,439.07 | $20,439.07 |
| Total Amount Paid by Trustee | | | | | $20,439.07 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 12-01158-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 5th day of October, 2015.


Debtor:
TOMMIE COOPER JR
4860 W HIRSCH ST
CHICAGO, IL  60651

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures


Creditor:
FEDERAL NATIONAL MTG ASSOC
% SETERUS INC
PO BOX 1047
HARTFORD, CT  06143-1047

Mortgage Creditor:
CITIMORTGAGE
% HAUSELMAN & RAPPIN
39 S LASALLE STREET
CHICAGO, IL  60603


Mortgage Creditor:
CITIMORTGAGE INC
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Creditor:
CITIMORTGAGE
PO BOX 688971
DES MOINES, IA  50368-8971


ELECTRONIC SERVICE - United States Trustee


Date:  October 05, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603